IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gordon P. Gallagher

Criminal Case No. 13-cr-00456-REB

UNITED STATES OF AMERICA,
Plaintiff,

vs.

NICOLAUS HOUSE DEMETRIAN,
Defendant.

## ORDER FOR COMPETENCY EXAMINATION AND DETERMINATION

The Defendant shall be transported by the United States Marshal Service to a suitable facility designated by the Attorney General for a mental examination by a qualified psychiatrist or psychologist pursuant to 18 U.S.C.§ 4247(b)and © for a reasonable period, but not to exceed 30 days, to determine whether defendant is suffering from a mental disease or defect that renders him legally incompetent to the extend that he cannot appreciate the nature and consequences of the proceedings against him, or meaningfully assist his attorney in defending the case. Defendant should be transported as soon as practical, upon notification from the Attorney General that the designated facility is prepared to accept custody of the defendant.

A report of the evaluation shall be prepared and sent to the United States District Court. Copies of the reports shall be provided to all counsel in the case.

Pursuant to 18 U.S.C.§4241.©, after receipt of the report, the United States District Court will, if necessary, hold a competency hearing, to be conducted in accordance with 18 U.S.C. § 4247(d);

Counsel shall contact the United States District Court within five days of receipt of the psychiatric or psychological report to set a date for the competency hearing.

Dated this __19__ day of November, 2013.

BY THE COURT:

_____
Gordon P. Gallagher
Magistrate Judge