## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Criminal Action No.  13-cr-00456-REB**

**UNITED STATES OF AMERICA,**

　　　**Plaintiff,**

**v.**

**NICOLAUS HOUSE DEMETRIAN,**

　　　**Defendant.**

---

**JOINT EMERGENCY MOTION FOR DETERMINATION OF COMPETENCY PURSUANT TO 18 U.S.C. sections 4241(c) and (d) and 18 U.S.C. section 4247(d) WITH REQUEST THAT DEFENDANT DEMETRIAN'S APPEARANCE BE WAIVED**

---

COMES NOW defendant Nicolaus Demetrian, by and through his attorney, Colleen B. Scissors, and moves this Court for Orders as follow:

1.　　On March 21, 2014, both AUSA Michelle Heldmyer and counsel for Mr. Demetrian separately  received telephone calls from Lisa Hope, Psy.D, the Chief Psychologist at the Federal Bureau of Prisons, Los Angeles Psychiatric Facility, where Mr. Demetrian is currently in custody for a competency evaluation.

2.　　Dr. Hope conveyed to both Ms. Heldmyer and undersigned counsel that her report will be completed on Monday, March 24, 2014.  That report will indicate that Mr. Demetrian is not competent to stand trial.  She further advises that Mr. Demetrian's mental health status has deteriorated significantly and that he can no longer be treated at her facility, which is only equipped to do competency evaluations.  She would like to have the Bureau of Prisons designate Mr. Demetrian to an appropriate psychiatric facility at the earliest possible opportunity.  Dr.

Hope made clear, and the parties agree, that Mr. Demetrian needs to be moved at the earliest possible time for his own safety and for that of others.

3.      It is her professional opinion that he is at present suicidal, and that transporting him back to Colorado for purposes of a competency hearing, especially given her opinion that he is not competent to proceed, will place him in grave danger to himself, and possibly to others.

4.      On the basis of the foregoing, the parties join in requesting that Mr. Demetrian be deemed incompetent to proceed within the meaning of United States Code sections 4241(c) and (d) and that Mr. Demetrian's appearance at any hearing the Court may require be waived.  The parties further join in requesting the Court to order as soon as possible that the Bureau of Prisons designate him to a suitable treatment facility for a period of four months, or until July 24, 2014, as United States Code section 4247(d) allows.  Finally, the parties join in requesting that a status conference be set in advance of that date, and that the status conference set for April 24, 2014 at 1:15 p.m. be vacated.

DATED at Basalt, Colorado this 24th day of March, 2014.

Law Offices of Colleen B. Scissors

s/Colleen B. Scissors
Colleen B. Scissors
PO Box 4400
Basalt, CO 81621-4400
(970) 263-9595
E-mail: scissorslawoffice@gmail.com

Attorney for Defendant
Nicolaus Demetrian

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of March, 2014, I electronically filed the foregoing

**JOINT EMERGENCY MOTION FOR DETERMINATION OF COMPETENCY**

**PURSUANT TO 18 U.S.C. sections 4241(c) and (d) and 18 U.S.C. section 4247(d) WITH**

**REQUEST THAT DEFENDANT DEMETRIAN'S APPEARANCE BE WAIVED** with the

Clerk of Court using the CM/ECF system which will send notification of such filing to the

following e-mail address:

Michele.Heldmyer@usdoj.gov

s/Cheryl Olson
Cheryl Olson
Legal Assistant to Colleen Scissors