IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:               March 26, 2014

Deputy Clerk:       Bernique Abiakam
Court Reporter:     Tracy Weir

**Criminal Action No.  13-cr-00456-REB**

*Parties:*                                          *Counsel:*

UNITED STATES OF AMERICA,                           James Allison

      Plaintiff,

v.

NICOLAUS HOUSE DEMETRIAN,                           Colleen Butler Scissors

      Defendant.

## COURTROOM MINUTES

**Motion Hearing**

**8:43 a.m.    Court in session.**

Court calls case.  Appearances of counsel via telephone.

Defendant's appearance is waived, in custody.

Preliminary remarks by the Court.

*8:45 a.m.    Pause in proceedings to reconnect counsel on the telephone.*

*8:49 a.m.    Proceedings resume.*

Preliminary remarks by the Court.

Discussion regarding the Doc. No. 36.

The Court takes judicial notice of the fact that no competency evaluation report has been received or filed.

Further colloquy by the Court and counsel regarding the Defendant's competency report.

    **IT IS ORDERED** as follows:

        Upon receipt and review of the Defendant's Competency Report, this hearing will resume as soon as practicable.

**8:59 a.m.**     **Court in recess.**

**3:51 p.m.**     **Court in session.**

*(Hearing resumes from this morning.)*

Court calls case.  Appearances of counsel via telephone.  Defendant's appearance is waived, in custody.

The Defendant's Competency Evaluation Report has now been received, read, and reviewed by the Court and counsel.

Continued discussion regarding Doc. No. 36

**It is ORDERED:**     **JOINT EMERGENCY MOTION FOR DETERMINATION OF COMPETENCY PURSUANT TO 18 U.S.C. sections 4241( c) and (d) and 18 U.S.C. section 4247(d) WITH REQUEST THAT DEFENDANT DEMETRIAN'S APPEARANCE BE WAIVED (Filed 3/24/14; Doc. No. 36) is GRANTED.**

The Court will enter findings and conclusions determining competency and committing the Defendant, by a separate order.

3:59 p.m.
Hearing concluded.
Total time in Court: 24 minutes.